UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENKINS & GILCHRIST PARKER,
CHAPIN LLP and
JENKINS & GILHRIST,
A PROFESSIONAL CORPORATION,

               Plaintiff,

- against -

PC NEWCO, LLC.,

               Defendants.
------------------------------------------------------------X

Civ. Action No.
06-CV-9890(DAB)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, PC NEWCO, LLC, (a private non-government party) certifies that PC NEWCO, LLC has no corporate parent and that there is no publicly held corporation that owns ten (10%) percent or more of its stock.

Dated:    New York, NY
             December 22, 2006

                                TOFEL & PARTNERS, LLP

                                By: _____
                                   Lawrence E. Tofel (8631)
                              800 Third Avenue, 12th Floor
                              New York, NY  10022
                              (212) 752-0007

                              *Attorneys for Defendant*

{00023235.}