UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JENKENS & GILCHRIST PARKER      06 Civ. 9890 (DAB)
CHAPIN LLP and
JENKENS & GILCHRIST,
A PROFESSIONAL CORPORATION,

         Plaintiffs,

    -against-          **NOTICE OF MOTION**
                                                                      **TO ADMIT COUNSEL**
PC NEWCO LLC,                                 *PRO HAC VICE*
         Defendant.

------------------------------------------------------------x

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, the undersigned member in good standing of this Court hereby move for an Order allowing the admission *pro hac vice* of the following member in good standing of the Bar of the State of Texas:

         Applicant's Name:     V. Elizabeth Kellow
         Firm Name:             Marshall & Kellow, LLP
         Address:                 4315 W Lovers Lane
                                      Dallas, TX 75209-2803
         Phone Number:       (214) 956-0200
         Fax Number:            (214) 956-0203
         Email:                     ekellow@MKTexasLaw.com

There are no pending disciplinary proceedings against Ms. Kellow in any State or Federal court.

Dated:       January 3, 2007
               New York, New York

Respectfully submitted,

KESTENBAUM, DANNENBERG & KLEIN, LLP
Attorneys for Plaintiffs

By: _____
    Jeffrey C. Dannenberg (JD-3270)

104 West 40th Street (20th Floor)
New York, NY 10018
(212) 486-3370
Fax: (212) 486-3371

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JENKENS & GILCHRIST PARKER           06 Civ. 9890 (DAB)
CHAPIN LLP and
JENKENS & GILCHRIST,
A PROFESSIONAL CORPORATION,

                Plaintiffs,

     -against-                          **AFFIDAVIT IN SUPPORT OF**
                                                     **MOTION TO ADMIT COUNSEL**
PC NEWCO LLC,                        ***PRO HAC VICE***

                Defendant.

------------------------------------------------------------x

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK   )

      **JEFFREY C. DANNENBERG**, being duly sworn, hereby deposes and says as follows:

      1.     I am a member of the firm of Kestenbaum, Dannenberg & Klein, LLP, attorneys for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit **V. Elizabeth Kellow** as counsel *pro hac vice* to represent Plaintiffs in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known V. Elizabeth Kellow since October of 2006.

4. Ms. Kellow is a partner with Marshall & Kellow, LLP in Dallas, Texas.

5. I have found Ms. Kellow to be a skilled attorney and a person of integrity. Annexed hereto as Exhibit A is a Certificate of Good Standing for Ms. Kellow, issued by the State Bar of Texas. In addition, Ms. Kellow is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of **V. Elizabeth Kellow**, *pro hac vice*.

7. I respectfully submit herewith a proposed order granting the admission of **V. Elizabeth Kellow**, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit **V. Elizabeth Kellow**, *pro hac vice*, to represent Plaintiffs in the above-captioned matter, be granted.

_____
Jeffrey C. Dannenberg (JD-3270)

Sworn to before me this
3rd day of January, 2007

_____
Notary Public

ROSS GOULD
Notary Public - State of New York
NO. 02GO6095099
Qualified in New York County
My Commission Expires 7/02/07

2

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

December 06, 2006

RE:  **Ms. Veronique Elizabeth Kellow**
State Bar Number - **11213750**

To Whom it May Concern:

This is to certify that Ms. Veronique Elizabeth Kellow was licensed to practice law in Texas on November 02, 1990 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JENKENS & GILCHRIST PARKER              06 Civ. 9890 (DAB)
CHAPIN LLP and
JENKENS & GILCHRIST,
A PROFESSIONAL CORPORATION,

                    Plaintiffs,

    -against-                          **ORDER GRANTING**
                                                                   **MOTION TO ADMIT COUNSEL**
PC NEWCO LLC,                           ***PRO HAC VICE***

                    Defendant.

------------------------------------------------------------x

It is hereby ORDERED that the following applicant is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York:

|  |  |
|---|---|
| Applicant's Name: | V. Elizabeth Kellow |
| Firm Name: | Marshall & Kellow, LLP |
| Address: | 4315 W Lovers Lane |
|  | Dallas, TX 75209-2803 |
| Phone Number: | (214) 956-0200 |
| Fax Number: | (214) 956-0203 |
| Email: | ekellow@MKTexasLaw.com |

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this case has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:      January ____, 2007

                                                                               _____
                                                                               United States District Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )

JEFFREY C. DANNENBERG, being duly sworn, deposes and says:

I am not a party to this action, am over the age of 18 years and reside in Westport, Connecticut.

On January 3, 2007, I served the within NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT IN SUPPORT OF MOTION upon:

> TOFEL & PARTNERS, LLP
> *Attorneys for Defendant*
> 800 Third Avenue
> New York, NY 10017

by transmitting the same to said attorneys at the addresses shown, said addresses being designated by them for that purpose, by depositing a true copy thereof in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Jeffrey C. Dannenberg

Sworn to before me this
3rd day of January, 2007

_____
Notary Public

ROSS GOULD
Notary Public - State of New York
NO. 02GO6095099
Qualified in New York County
My Commission Expires 7/07/07