UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JENKENS & GILCHRIST PARKER        06 Civ. 9890 (DAB)
CHAPIN LLP and
JENKENS & GILCHRIST,
A PROFESSIONAL CORPORATION,

                Plaintiffs,

     -against-                 **ORDER GRANTING**
                                       **MOTION TO ADMIT COUNSEL**
PC NEWCO LLC,                       ***PRO HAC VICE***

                Defendant.

----------------------------------------------------------x

It is hereby ORDERED that the following applicant is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York:

     Applicant's Name:    V. Elizabeth Kellow
     Firm Name:    Marshall & Kellow, LLP
     Address:    4315 W Lovers Lane
                          Dallas, TX 75209-2803
     Phone Number:    (214) 956-0200
     Fax Number:    (214) 956-0203
     Email:    ekellow@MKTexasLaw.com

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this case has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:      January **5**, 2007

                                                              *Deborah A. Batts*
                                                              United States District Judge