

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
JENKENS & GILCHRIST PARKER
CHAPIN LLP and JENKENS & GILCHRIST,
a Professional Corporation,

                       Plaintiffs,

      -against-

PC NEWCO LLC,

                       Defendant.
----------------------------------X

06 Civ. 9890 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    Pursuant to the parties' request dated June 7, 2007, and pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York which provides that "[a] civil case which, for reasons beyond the control of the court, can neither be tried nor otherwise terminated shall be transferred to the suspense docket . . . .",

    IT IS HEREBY ORDERED THAT the Clerk of Court shall transfer this case to the suspense docket until and unless the Court grants a request by the parties to reassign the case to this Court.

    SO ORDERED.

Dated:    New York, New York
            June 20, 2007

                                                DEBORAH A. BATTS
                                          United States District Judge