USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENKENS & GILCHRIST PARKER
CHAPIN LLP and
JENKENS & GILCHRIST,                             Index No. 06-CV-9890 (DAB)
A PROFESSIONAL CORPORATION,
                                                 ECF Case
                        Plaintiffs,
            v.                                   **STIPULATION OF DISMISSAL**

PC NEWCO LLC,

                        Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the above-entitled action, including all claims and counterclaims filed by or against the parties, shall be and the same hereby is dismissed with prejudice and without costs.

Dated:     New York, NY, February 15, 2008

*The Clerk is directed to close the docket in this case.*

**SO ORDERED**

*[signature]*
DEBORAH A. BATTS 2/21/08
UNITED STATES DISTRICT JUDGE

MARSHALL & KELLOW, LLP

By: _____
V. Elizabeth Kellow (VK 2170), *Pro Hac Vice*
4315 W. Lovers Ln, Second Floor
Dallas, TX 75209
(214) 956-0200

*Attorneys for Plaintiffs*

TOFEL & PARTNERS, LLP

By: _____
Lawrence E. Tofel (8631)
800 Third Avenue, 12th Floor
New York, NY 10022
(212) 752-0007
*Attorneys for Defendant*